**Dismissed and Memorandum Opinion filed February 9, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————————

**NO. 14-12-00030-CR**

———————————

**ROBERT BERNARD WALKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1287178**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to assault of a family member.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on, to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice.   Appellant filed a pro se notice of appeal.   We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal.   *See* Tex. R. App. P. 25.2(a)(2).   The trial court's certification is included in the record on

appeal.  *See* Tex. R. App. P. 25.2(d).   The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Jamison and McCally.
Do Not Publish -- TEX. R. APP. P. 47.2(b)

2